IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 17- |
| v. | : | DATE FILED: October 26, 2017 |
| MALIK PALIN,<br>    a/k/a "GAMBINO" | : | VIOLATIONS:<br>18 U.S.C. § 1591 and 1594(a) |
| | : | (attempted sex trafficking of a minor - 1 count); |
| | : | Notice of Forfeiture |

### INDICTMENT

### COUNT ONE

**THE GRAND JURY CHARGES THAT:**

Between on or about October 4, 2017, and on or about October 10, 2017, in Philadelphia, in the Eastern District of Pennsylvania and elsewhere, defendant

**MALIK PALIN,**
**a/k/a "Gambino,"**

in and affecting interstate commerce, knowingly recruited, enticed, harbored, transported, provided, obtained, and maintained Minor 1, whose identity is known to the Grand Jury, and benefitted financially from participation in a venture which engaged in the knowing recruitment, enticement, harboring, transporting, providing, obtaining, and maintaining of Minor 1, and attempted to do so.  At the time that defendant MALIK PALIN did this, he knew and acted in reckless disregard of the fact that Minor 1 was under the age of 18 and would be caused to engage in a commercial sex act.

In violation of Title 18, United States Code, Sections 1591(a)(1), 1591(a)(2), and 1594(a).

1

## NOTICE OF FORFEITURE

**THE GRAND JURY FURTHER CHARGES THAT:**

1. As a result of the violations of Title 18, United States Code, Section 1591, set forth in this Indictment, defendant

**MALIK PALIN,**
**a/k/a "Gambino,"**

shall forfeit to the United States of America:

(a) any property, real or personal, used or intended to be used to commit, or to facilitate the commission of such violations; and

(b) any property, real or personal, constituting or derived from, any proceeds obtained directly or indirectly as a result of such violations.

2. If any of the property subject to forfeiture, as a result of any act or omission of the defendant:

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third party;

(c) has been placed beyond the jurisdiction of the Court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 28, United States Code, Section 2461(c), incorporating Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property subject to forfeiture.

All pursuant to Title 28, United States Code, Section 2461(c) and Title 18, United States Code, Sections 1594(d) and (e).

**A TRUE BILL:**

_____
**FOREPERSON**

_____
**LOUIS D. LAPPEN**
**Acting United States Attorney**